UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHASE MICKLON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEMENTE, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00359-JAM-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　On March 29, 2021, I screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 6. I notified plaintiff that the complaint failed to state a claim and granted him sixty days to either file an amended complaint or notify the court that he wished to stand by his original one. *Id*. I also warned him that failure to comply with that order could result in dismissal of this action. *Id*. at 4.

　　　　The deadline has passed, and plaintiff has not filed an amended complaint nor otherwise responded to the March 29, 2021 order.[1] Accordingly, it is hereby RECOMMENDED that:

　　　　1. this action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the March 29, 2021 order, *see* ECF No. 6;

---

[1] Although it appears from the file that plaintiff's copy of the March 29, 2021 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address. Under Local Rule 182(f), service of documents at the record address of the party is fully effective.

and

    2. the Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

IT IS SO ORDERED.

Dated:   July 21, 2021                        /s/ Jeremy Peterson
                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE

2